IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

PAUL PEREZ MEJIA,                                          *

               Petitioner,                          *

v.                                                                              Case No.   4:26-cv-939-CDL-AGH
                                    *              28 U.S.C. § 2241

 Warden, STEWART DETENTION CENTER,
et al.,                                                                      *

               Respondents.                       *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated July 16, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of

Respondents.

This 16th day of July, 2026.

David W. Bunt, Clerk


s/ Ashley N. Yates, Deputy Clerk